| | |
|---|---|
| 1 | RONALD J. COOK (State Bar No. 121398) |
| | BRYAN M. KREFT (State Bar No. 211839) |
| 2 | WILLOUGHBY, STUART & BENING |
| | 50 W. San Fernando St., Suite 400 |
| 3 | San Jose, CA 95113 |
| | Telepone: (408) 289-1972 |
| 4 | Facsimile: (408) 295-6375 |
| | Attorneys for Plaintiffs |
| 5 | JAMES BOBER and TRISH BOBER |
| 6 | |
| 7 | MICHAEL BARNES (State Bar No. 121314) |
| | SONIA MARTIN (State Bar No. 191148) |
| 8 | STEPHANIE DUCHENE (State Bar No. 234896) |
| | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 9 | 685 Market Street, 6th Floor |
| | San Francisco, CA 94105 |
| 10 | Telephone: (415) 882-5000 |
| | Facsimile: (415) 543-5472 |
| 11 | Attorneys for Defendant |
| | ALLSTATE INSURANCE COMPANY |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                    *E-FILED - 5/19/06*

| | | | |
|---|---|---|---|
| 16 | JAMES BOBER, TRISH BOBER, | | No. C05 02481 RMW |
| 17 | Plaintiffs, | | |
| 18 | vs. | | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL** |
| 19 | ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | | |
| 20 | | | [F.R.C.P. 41(A)(1)(II)] |
| 21 | Defendant. | | |

Plaintiffs James Bober and Trish Bober and defendant Allstate Insurance Company hereby agree that this action should be dismissed in its entirety with prejudice, with each party to bear his or its own costs and attorneys' fees. The parties respectfully request that the Court approve and give effect to this dismissal.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: _April 20, 2006 | WILLOUGHBY, STUART & BENING |
| 2 | | |
| 3 | | |
| 4 | | By _____ |
| 5 | | RONALD J. COOK |
| 6 | | Attorney for Plaintiffs<br>JAMES BOBER AND TRISH BOBER |
| 7 | | |
| 8 | Dated: April 21, 2006 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 9 | | |
| 10 | | |
| 11 | | By _____<br>SONIA MARTIN |
| 12 | | Attorney for Defendant<br>ALLSTATE INSURANCE COMPANY |
| 13 | | |
| 14 | | |
| 15 | IT IS SO ORDERED. | |
| 16 | | |
| 17 | | |
| 18 | Dated: 5/19/06 | /s/ Ronald M. Whyte |
| 19 | | The Honorable Ronald M. Whyte<br>United States District Judge |

CASE NO. C05-02481

-2-

STIPULATION AND ~~PROPOSED~~ ORDER RE: DISMISSAL